ACCEPTED
01-14-00417-cv
FIRST COURT OF APPEALS
HOUSTON, TEXAS
6/19/2015 12:41:39 PM
CHRISTOPHER PRINE
CLERK

## CASE NO. 01-14-00417-CV

IN THE FIRST COURT OF APPEALS
AT HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
6/19/2015 12:41:39 PM
CHRISTOPHER A. PRINE
Clerk

## NICK YEH, INDIVIDUALLY; ASHDON, INC. D/B/A/ IMPRESSION BRIDAL; AND EMME BRIDAL, INC.

*Appellants,*

vs.

## ELLEN CHESLOFF

*Appellee.*

On Appeal from the 268th Judicial District Court of Fort Bend County, Texas

## UNOPPOSED MOTION TO FILE COMBINED BRIEF AND SET DEADLINE AND WORD COUNT

Pursuant to Tex. R. App. P. 38.6 (d), Appellants/Cross-Appellees Nick Yeh, Ashdon, Inc. d/b/a Impression Bridal, and Emme Bridal, Inc. ("Appellants") file this Unopposed Motion requesting permission to file a combined Appellants' Reply/Cross-Appellees' Response brief. Appellants further request that the Court set the deadline for the combined brief as **July 6, 2015** and word count at 15,000 words.

## I. BACKGROUND

Appellants appeal the April 25, 2014 Final Judgment entered against them in the underlying case. Appellee noticed a cross-appeal of that Final Judgment as well. The Clerk's Record was filed on June 23, 2014 and the Reporter's Record was filed on November 25, 2014.

In a joint motion filed by the parties on December 23, 2014, the parties agreed to extend the time for Appellants to file their brief and agreed on a briefing schedule for the appeal and cross-appeal. To avoid an unnecessary burden (and potential confusion and duplication) and to reduce the number of total briefs before the Court, the parties agreed that combining briefs would be more effective and efficient than submitting separate briefs. This Court extended Appellants' briefing deadline to January 29, 2015, and the parties agreed that the Appellee's/Cross-Appellant's combined brief would be due thirty days later.

Appellants' filed their brief on January 29, 2015. After extensions of time, Appellee/Cross-Appellant filed her combined brief on June 5, 2015.

## II. REQUESTED RELIEF

The Court's December 23, 2014 Order extending Appellants' briefing deadline to January 29, 2015 did not specifically address the parties' proposed briefing schedule. Out of an abundance of caution, Appellants request permission, in accord with their agreed-upon schedule, to submit a combined Appellants'

Reply/Cross-Appellees' Response brief by July 6, 2015, which is the next business day after 30 days after Appellee's/Cross-Appellant's brief was filed. Appellants also request that the Court allow their combined brief to have a word count of up to 15,000 words.

## III. CERTIFICATE OF CONFERENCE

On June 19, 2015, Appellants' counsel, Angela Prince, contacted lead counsel for Appellee, Thad Spalding, regarding the substance of this Motion. Mr. Spalding advised that he and his client are unopposed to the relief being requested.

## IV. PRAYER

For these reasons, Appellants/Cross-Appellees respectfully request that this Court grant their unopposed motion and permit them to file a combined brief, which will be due on July 6, 2015, and set the word count limitation for the combined brief at 15,000 words, and for such other and further relief to which they may be justly and equitably entitled.

Respectfully submitted,

*/s/ F. Barham Lewis*

F. Barham Lewis
Texas Bar No. 12277400
Angela N. Prince
Texas Bar No. 24074918
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
500 Dallas St., Ste. 3000
Houston, Texas 77002
(713) 655-0855 (phone)
(713) 655-0020 (facsimile)
barham.lewis@ogletreedeakins.com
angela.prince@ogletreedeakins.com
ATTORNEY FOR APPELLANTS

4

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing instrument was served on this 19th day of June, 2015, via the Court's e-filing system to:

Thad D. Spalding
KELLY, DURHAM & PITTARD, LLP
P.O. Box 224626
Dallas, Texas 75222

Ronald M. Estefan
THE ESTAFAN FIRM, P.C.
2306 Mason St.
Houston, Texas 77006

/s/ F. Barham Lewis
F. Barham Lewis